UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| **CITY OF ROCKFORD,** *et al.* <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>**MALLINCKRODT ARD INC.,** *et al.*, <br><br>　　　　　　　Defendants. | **Case No. 3:17-cv-50107** <br><br> Honorable Frederick J. Kapala <br><br> Magistrate Judge Iain D. Johnston |
| **MSP RECOVERY CLAIMS, SERIES LLC**, *et al.,* <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>**MALLINCKRODT ARD INC.,** <br><br>　　　　　　　Defendants. | **Case No. 1:18-cv-00379** <br><br> Honorable Frederick J. Kapala <br><br> Magistrate Judge Iain D. Johnston |

**JOINT WRITTEN STATUS REPORT**

NOW COME Plaintiffs CITY OF ROCKFORD and ACUMENT GLOBAL TECHNOLOGIES, INC. ("Rockford Plaintiffs"); Plaintiffs MSP Recovery Claims, Series, LLC; MAO-MSO Recovery II, LLC; MSP Recovery, LLC; and MSPA Claims 1, LLC ("MSP Plaintiffs"); and Defendants MALLINCKRODT ARD INC. *formerly known as* QUESTCOR PHARMACEUTICALS, INC., MALLINCKRODT PLC, EXPRESS SCRIPTS HOLDING COMPANY, EXPRESS SCRIPTS, INC., CURASCRIPT, INC., ACCREDO HEALTH GROUP, INC. and UNITED BIOSOURCE CORPORATION ("Defendants"), and submit this Joint Written Status Report pursuant to the Court's Orders in these cases entered March 15, 2018. (ECF Docs. 123 and 93, respectively.)[1]

---

[1] With these Orders, this Court directed that any discovery in these actions shall be undertaken on a consolidated basis. Accordingly, the parties in both cases intend for a single ESI Protocol to be used.

11614322.3

## **STATUS**

1. On March 13, 2018, Defendants sent a proposed ESI Protocol to counsel for Rockford Plaintiffs.

2. Subsequently, Defendants provided the same proposed ESI Protocol to MSP Plaintiffs on April 2, 2018 in light of the Court's March 15, 2018 Order directing that any discovery that proceeds in this action shall be undertaken on a consolidated basis with the MSP Action.

3. On April 6, 2018, the Parties agreed to a meet and confer call for April 9, 2018 and further agreed that Rockford Plaintiffs and MSP Plaintiffs would provide feedback on Defendants' proposed ESI Protocol in advance of that call, which both Rockford Plaintiffs and MSP did.

4. On April 9, 2018, the Rockford Plaintiffs provided Defendants with redline edits to Defendants' proposed ESI Protocol. Also, on April 9, 2018, the MSP Plaintiffs provided Defendants with an alternative to Defendants' draft of an ESI Protocol.

5. Later on April 9, 2018, the parties all conferred by phone regarding the draft ESI Protocols and the parties' respective positions. The parties agreed that the Rockford Plaintiffs and the MSP Plaintiffs would attempt to coordinate a single set of edits in response to Defendants' initial draft. The Rockford Plaintiffs and MSP Plaintiffs will then circulate a single revised draft ESI Protocol to Defendants for consideration.

6. The parties expect to continue working together to resolve any disagreements regarding the language of the ESI Protocol with the goal of submitting a single draft for this Court's consideration.

Respectfully Submitted,

11614322.3

| COUNSEL FOR PLAINTIFFS, CITY OF ROCKFORD, ACUMENT GLOBAL TECHNOLOGIES, INC. AND THE CLASS | COUNSEL FOR DEFENDANTS MALLINCKRODT plc and MALLINCKRODT ARD INC. |
|---|---|
| *s/ Donald E. Haviland, Jr.*<br>Donald E. Haviland, Jr.<br>*(admitted pro hac vice)*<br>*haviland@havilandhughes.com*<br>William H. Platt II<br>*(admitted pro hac vice)*<br>*platt@havilandhughes.com*<br>**HAVILAND HUGHES**<br>201 South Maple Avenue, Suite 110<br>Ambler, PA 19002<br>T: 215-609-4661<br>F: 215-392-4400<br><br>Peter J. Flowers<br>(IL Attorney ID No. 06210847)<br>*pjf@meyers-flowers.com*<br>Jonathan P. Mincieli<br>(IL Attorney ID No. 06274091)<br>*jpm@meyers-flowers.com*<br>**MEYERS & FLOWERS, LLC**<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>T: 630-232-6333<br>F: 630-845-8982<br><br>Kerry F. Partridge<br>*kerry.partridge@rockfordil.gov*<br>Ifeanyi C. Mogbana<br>*Ifeanyi.mogbana@rockfordil.gov*<br>425 East State Street<br>Rockford, IL 61104-1068<br>T: 779-348-7154<br>F: 815-967-9649 | *s/ Scott Collins Sullivan*<br>Scott Collins Sullivan<br>Williams McCarthy LLP<br>120 West State St.<br>P.O. Box 219<br>Rockford, IL 61105-0219<br>(815) 987-8900<br>ssullivan@wilmac.com<br><br>G. Patrick Watson<br>Lindsay Sklar Johnson<br>Bryan Cave LLP<br>One Atlantic Center, 14th Floor<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309<br>(404) 572-6600<br>patrick.watson@bryancave.com<br>lindsay.johnson@bryancave.com<br><br>Rebecca A. Nelson<br>Herbert R. Giorgio, Jr.<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000<br>ranelson@bryancave.com<br>herb.giorgio@bryancave.com<br><br>Philip D. Bartz<br>Bryan Cave LLP<br>1155 F Street, N.W.<br>Washington, DC 20004<br>(202) 508-6000 |

11614322.3

philip.bartz@bryancave.com

**ATTORNEYS FOR DEFENDANTS EXPRESS SCRIPTS HOLDING COMPANY, EXPRESS SCRIPTS, INC., CURASCRIPT, INC., ACCREDO HEALTH GROUP, INC., AND UNITED BIOSOURCE CORPORATION**

/s/ Matthew M. Martino
Matthew M. Martino (admitted *pro hac vice*)
Robert A. Fumerton (admitted *pro hac vice*)
Patrick G. Rideout (admitted *pro hac vice*)
Michael H. Menitove (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
matthew.martino@skadden.com
robert.fumerton@skadden.com
patrick.rideout@skadden.com
michael.menitove@skadden.com
evan.kreiner@skadden.com

Eric J. Gorman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8567
eric.gorman@skadden.com

**COUNSEL FOR MSP PLAINTIFFS**

/s/ David M. Hundley
David M. Hundley, Of Counsel
PENDLEY, BAUDIN & COFFIN, LLP
516 N. Ogden Ave #134
Chicago IL 60642-6421
dhundley@pbclawfirm.com

Christopher L. Coffin

11614322.3

PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
ccoffin@pbclawfirm.com

R. Brent Wisner
Michael L. Baum
Adam M. Foster
Pedram Esfandiary
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
rbwisner@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
afoster@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

11614322.3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2018, a true and correct copy of the foregoing document, Joint Written Status Report, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lindsay S. Johnson

11614322.3