# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MALLINCKRODT ARD INC., et al., <br><br> Defendants. | Civil Action No.: 3:20-cv-50056 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Lisa Jensen |

## MALLINCKRODT ARD LLC (F/K/A MALLINCKRODT ARD INC.) AND MALLINCKRODT PLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

Defendants Mallinckrodt ARD LLC (f/k/a Mallinckrodt ARD Inc.) and Mallinckrodt plc (collectively, the "Mallinckrodt Defendants") by and through their undersigned counsel, move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of MSP Recovery Claims, Series, LLC, MAO-MSP Recovery II, LLC, SERIES PMPI, and MSPA Claims 1, LLC (collectively, "Plaintiffs")'s Second Amended Class Action Complaint ("SAC") in its entirety as to the Mallinckrodt Defendants, including as to each of the following counts: Count I under 15 U.S.C. § 2, Count II under 15 U.S.C. § 1, Count III under State Antitrust Laws, and Count IV under State Consumer Protection Statutes. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, the Mallinckrodt Defendants respectfully request that the SAC be dismissed with prejudice in its entirety as to the Mallinckrodt Defendants, and that the Court grant any additional relief deemed just under the circumstances.

1

Dated: August 14, 2020

Respectfully Submitted,

**COUNSEL FOR DEFENDANTS MALLINCKRODT ARD LLC (F/K/A MALLINCKRODT ARD INC.) and MALLINCKRODT PLC**

 /s/    *Scott Collins Sullivan*
 Matthew M. Wolf (*pro hac vice*)
 Laura S. Shores (*pro hac vice*)
 Sonia K. Pfaffenroth (*pro hac vice*)
 Michael B. Bernstein (*pro hac vice*)
 Ryan Z. Watts (*pro hac vice*)
 Barbara H. Wootton (*pro hac vice*)
 Adam M. Pergament (*pro hac vice*)
 Sean P. Hennessy (*pro hac vice*)
 Wrede H. Smith III (*pro hac vice*)
 Dylan S. Young (*pro hac vice*)
 Keron J. Morris (*pro hac vice*)
 ARNOLD & PORTER KAYE SCHOLER LLP
 601 Massachusetts Avenue, NW
 Washington, DC 20001
 (202) 942-5000
 matthew.wolf@arnoldporter.com
 laura.shores@arnoldporter.com
 sonia.pfaffenroth@arnoldporter.com
 michael.b.bernstein@arnoldporter.com
 ryan.watts@arnoldporter.com
 barbara.wootton@arnoldporter.com
 adam.pergament@arnoldporter.com
 sean.hennessy@arnoldporter.com
 wrede.smith@arnoldporter.com
 dylan.young@arnoldporter.com
 keron.morris@arnoldporter.com

 Debra E. Schreck (*pro hac vice*)
 ARNOLD & PORTER KAYE SCHOLER LLP
 250 West 55th Street
 New York, NY 10019
 (212) 836-8000
 debra.schreck@arnoldporter.com

Scott Collins Sullivan
WILLIAMSMCCARTHY LLP
120 West State St.
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8900
ssullivan@wilmac.com

## **CERTIFICATE OF LAWYER**

The undersigned herby certifies that on August 14, 2020, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/   Scott Collins Sullivan*
        Scott Collins Sullivan
        WILLIAMSMCCARTHY LLP
        120 West State St.
        P.O. Box 219
        Rockford, IL 61105-0219
        (815) 987-8900
        ssullivan@wilmac.com

        ***Attorney for Mallinckrodt ARD LLC (f/k/a Mallinckrodt ARD, Inc.) and Mallinckrodt plc***