FILED
10/15/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



WWW.HAVILANDHUGHES.COM

October 15, 2020

Magistrate Judge Lisa A. Jensen
Attn: John Koselke, Operations Specialist
U.S. District Court for the Northern District of Illinois
327 South Church Street, Room 2210
Rockford, IL 61101

     **Re:**   *City of Rockford v. Mallinckrodt ARD, Inc., et al.*
              **Docket No. 17-cv-50107**

Dear Judge Jensen:

     I am writing on behalf of Rockford in response to the Court's Order dated October 13, 2020 (Dkt. No. 507) directing the parties (other than Mallinckrodt) to "file any position statements on whether the case against the Express Scripts Entities shall be stayed in conjunction with the automatic stay as to Mallinckrodt." While the Court directed such filings to be made "[b]y 10/27/2020", Rockford is concerned about the potential impact of complying with this Court's deadlines for tomorrow, October 16, 2020, in particular, the filing of Plaintiff's Motion for Class Certification as it relates to the automatic stay of claims against the debtor, Mallinckrodt. Dkt No. 506 ("pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Cases, the [Rockford] action has bene automatically stayed as against the applicable Debtor-defendant(s)"). To be clear, Rockford is fully prepared to meet such filing deadline.

     We would appreciate the opportunity to discuss the above issue with you at your earliest convenience so we can have clear direction as to how best to proceed. Hopefully, the Court will be able to accommodate us on an emergent basis prior to the close of business tomorrow.

                                                      Respectfully submitted,

                                                      *s/ Donald E. Haviland, Jr.*
                                                      Donald E. Haviland, Jr., Esq.
                                                      (Pro Hac Vice)
                                                      *haviland@havilandhughes.com*
                                                      William H. Platt II, Esq.
                                                      (Pro Hac Vice)
                                                      *platt@havilandhughes.com*
                                                      **HAVILAND HUGHES**
                                                      201 South Maple Ave., Suite 110

Ambler, Pennsylvania 19002
T: 215-609-4661
F: 215-392-4400

Peter J. Flowers, Esq.
(IL Attorney ID No. 06210847)
*pjf@meyers-flowers.com*
Jonathan P. Mincieli, Esq.
(IL Attorney ID No. 06274091)
*jpm@meyers-flowers.com*
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
St. Charles, Illinois 60174
T: 630-232-6333
F: 630-845-8982

James Bartimus, Esq.
(Pro Hac Vice)
jb@bflawfirm.com
Anthony DeWitt, Esq.,
(Pro Hac Vice)
ALDewitt@bflawfirm.com
**BARTIMUS, FRICKLETON, ROBERTSON, RADAR PC**
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
T: 913-266-2300
F: 913-266-2366

Kerry F. Partridge, Esq.
*kerry.partridge@rockfordil.gov*
Ifeanyi C. Mogbana, Esq.
*Ifeanyi.mogbana@rockfordil.gov*
City Attorney, Legal Department
425 East State Street
Rockford, Illinois 61104-1068
T: 779-348-7154
F: 815-967-9649

*Attorneys for Plaintiff,
the City of Rockford
and the Class*