IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITY OF ROCKFORD,<br><br>         Plaintiff,<br><br> v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>         Defendants.<br>_____ | Case No. 3:17-cv-50107<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |
| MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,<br><br>         Plaintiffs,<br><br> v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>         Defendants. | Case No. 3:20-cv-50056<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**NOTICE OF PROCEEDINGS SCHEDULED IN THE BANKRUPTCY COURT**

   Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.) (collectively, the "Express Scripts Entities"), by and through their undersigned counsel, hereby provide this Court notice that, on November 4, 2020, the U.S. Bankruptcy Court for the District of Delaware entered the following scheduling order in the jointly administered actions, *In re Mallinckrodt plc*, No. 20-12522 (Bankr. D. Del.) (the "Bankruptcy Proceeding"), and *Mallinckrodt plc v. Connecticut*, No. 20-50850 (Bankr. D. Del.) (the "Adversary Proceeding"), regarding Mallinckrodt's motion and supplemental motion for injunctive relief pursuant to 11 U.S.C. § 105 (the "PI Motions"):

  1. Defendants must file any objections or responses, if any, to the relief requested in the PI Motions on or before **November 6, 2020**.

2. Plaintiffs must file their reply(ies), if any, in support of the PI Motions on or before **November 11, 2020**.

3. A hearing to consider the relief requested in the PI Motions and arguments related thereto will be held before the Court on **November 16, 2020 at 10:00 a.m. (Eastern Time),** or at such other date and/or time as the Court directs or the parties may agree, subject to the Court's calendar. Plaintiffs shall file a notice on the Court's docket in this adversary proceeding noting any change in the hearing date and/or time.

4. The Court retains jurisdiction over this Order and the relief granted herein.

*See* Adversary Proceeding, ECF No. 51. The November 16, 2020 hearing date is the same date that counsel for the Express Scripts Entities reported to this Court at the October 30, 2020 hearing. Oct. 30, 2020 Hr'g Tr. 30:23-24.

In addition, on November 4, 2020, counsel for City of Rockford filed in the Bankruptcy Proceeding its motion for relief from the automatic stay as to Mallinckrodt. *See* Ex. 1 (Bankruptcy Proceeding, ECF No. 410). The motion requested that the bankruptcy court modify and/or lift the automatic stay to permit City of Rockford (and other Acthar plaintiffs represented by Haviland Hughes in other litigations across the country) to pursue its claims against Mallinckrodt. *Id.* Counsel for City of Rockford noticed a hearing on its motion before the bankruptcy court on **November 23, 2020 at 2:00 p.m. (Eastern Time)**. *Id.* The Express Scripts Entities will promptly update this Court if that date changes.

| | |
|---|---|
| Dated: November 5, 2020 | */s/ Eric C. Lyttle* |
| | Michael J. Lyle, Esq. (ARDC #6199227) |
| | Eric C. Lyttle, Esq. (*pro hac vice*) |
| | Ethan C. Glass, Esq. (*pro hac vice*) |
| | Keith H. Forst, Esq. (*pro hac vice*) |
| | Meghan A. McCaffrey, Esq. (*pro hac vice*) |
| | Michael D. Bonanno, Esq. (*pro hac vice*) |
| | J. Matthew Hamann, Esq. (*pro hac vice*) |
| | J. Kirk Goza, Esq. (*pro hac vice*) |
| | Brendan Carroll, Esq. (*pro hac vice*) |
| | Kathleen A. Lanigan, Esq. (*pro hac vice*) |
| | Matthew K. Wasserman, Esq. (*pro hac vice*) |
| | Gianna Puccinelli, Esq. (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street NW, Suite 900 |
| | Washington, DC 20005 |
| | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| | mikelyle@quinnemanuel.com |
| | ericlyttle@quinnemanuel.com |
| | ethanglass@quinnemanuel.com |
| | keithforst@quinnemanuel.com |
| | meghanmccaffrey@quinnemanuel.com |
| | mikebonanno@quinnemanuel.com |
| | matthewhamann@quinnemanuel.com |
| | kirkgoza@quinnemanuel.com |
| | brendancarroll@quinnemanuel.com |
| | katlanigan@quinnemanuel.com |
| | matthewwasserman@quinnemanuel.com |
| | giannapuccinelli@quinnemanuel.com |
| | |
| | Jan H. Ohlander, Esq. (ARDC #3124934) |
| | RENO & ZAHM, LLP |
| | 2902 McFarland Rd., Suite 400 |
| | Rockford, IL 61107 |
| | Tel: (815) 987-4050 |
| | Fax: (815) 987-4092 |
| | jho@renozahm.com |
| | |
| | ***Attorneys for Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.)*** |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eric C. Lyttle*
Eric C. Lyttle