**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| CITY OF ROCKFORD,<br><br>                              Plaintiff,<br><br>   v.<br><br>MALLINCKRODT ARD INC., et al.,<br><br>                             Defendants. | Case No. 3:17-cv-50107<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |
| MSP RECOVERY CLAIMS, SERIES LLC, et al.,<br><br>                              Plaintiffs,<br><br>   v.<br><br>MALLINCKRODT ARD INC., et al.,<br><br>                             Defendants. | Case No. 3:20-cv-50056<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**STATUS REPORT**

      As third parties to these coordinated actions who are cooperating with the Court and parties to assist in the completion of fact discovery, Mallinckrodt ARD LLC and Mallinckrodt plc submit the following status report with respect to the Court's instruction, on October 21, 2022, that the depositions of Mallinckrodt former executives or board members Angus Russell, Mark Trudeau, Kathleen Schaefer, and Hugh O'Neill be scheduled and taken by November 18, 2022.

      Two of those depositions have been taken: Plaintiffs took the depositions of Mark Trudeau on November 7, 2022 and Hugh O'Neill on November 10 and 11, 2022.

Plaintiffs have not taken the depositions of either Angus Russell or Kathleen Schaefer as of the date of this report. On November 8, 2022, counsel for Rockford declined a proposed deposition date for Angus Russell, and he stated that neither the City of Rockford nor MSP Plaintiffs would take the deposition of Angus Russell in these coordinate actions.

The last of the for Mallinckrodt-related depositions at issue (Kathleen Schaefer's) is still being scheduled but will likely occur by early December. Plaintiffs were not able to accept a proposed November 16, 2022 deposition date for Kathleen Schaefer. Ms. Schaefer, however, is continuing to cooperate and has proposed the following dates for her deposition: November 30 or December 1, 2, 5, 6, or 7. Ms. Schaefer is awaiting a response from Plaintiffs.

Dated: November 15, 2022

Respectfully submitted,

*/s/ D. Eric Shapland*

Matthew M. Wolf (pro hac vice)
Laura S. Shores (pro hac vice)
Sonia K. Pfaffenroth (pro hac vice)
Michael B. Bernstein (pro hac vice)
Ryan Z. Watts (pro hac vice)
**ARNOLD & PORTER
KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
matthew.wolf@arnoldporter.com
laura.shores@arnoldporter.com
sonia.pfaffenroth@arnoldporter.com
michael.b.bernstein@arnoldporter.com
ryan.watts@arnoldporter.com

D. Eric Shapland (pro hac vice)
**ARNOLD & PORTER
KAYE SCHOLER LLP**
777 South Figueroa Street
44th Floor Los Angeles, CA 90017
(213) 243-4000

        eric.shapland@arnoldporter.com
        Counsel for Mallinckrodt ARD LLC
        (formerly known as Mallinckrodt ARD Inc.)
        and Mallinckrodt plc

        */s/* Joel M. Huotari
        **WILLIAMS MCCARTHY LLP**
        120 West State St.
        P.O. Box 219
        Rockford, IL 61105-0219
        (815) 987-8982
        jhuotari@wilmac.com