# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITY OF ROCKFORD, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.: |
| | ) 3:17-CV50107 |
| MALLINCKRODT ARD, INC., | ) |
| et al., | ) |
| | ) |
|    DEFENDANTS. | ) |

---

ORAL AND VIDEOTAPED DEPOSITION OF
GAYLE JOHNSTON
AUGUST 18, 2022

---

    ORAL AND VIDEOTAPED DEPOSITION OF GAYLE JOHNSTON, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on the 18th of August, 2022 from 9:06 a.m. to 4:17 p.m., before Stefanie ANDREWS, CSR in and for the State of Texas, reported by machine shorthand, at Embassy Suite Hotel, 2727 Stemmons Freeway, Dallas, Texas 75207.

1  at CuraScript SD about this price change and let me know
2  if you have any questions.  Did you do that?
3              MR. GRIFFIN:  Objection, form.  Which
4  things, there's two things in there.
5              MR. HAVILAND:  That's fair, that's
6  compound.
7       Q.   So it's the same convention used in the prior
8  letter.  He says, please inform appropriate personnel at
9  CuraScript.  Did you do that?
10      A.   I'm sure I did.
11      Q.   And how would you have done that, ma'am?
12 Would you have forwarded this letter on to them to say,
13 this is the price increase notification?
14      A.   I would have forwarded this on to the people
15 in my organization who needed to make system changes in
16 order to make it happen.
17      Q.   Okay.  And you would have just e-mailed this
18 letter along?
19      A.   Yes.  Most likely.
20      Q.   Okay. And who are the individuals who were
21 being e-mailed to?  This is Questcor so it's 2012.
22      A.   Well, it would have gone to Linda O'Neal, it
23 would have gone to Greg Friedman and from there, I'm not
24 sure who -- how -- who they would have forwarded it to
25 to actually make the price changes in the Turning Point

1  order entry system.
2      Q.   They would have had to forward it on to
3  someone else for the revised price to be entered into
4  Turning Point?
5      A.   Correct.
6      Q.   Okay.  You just don't know who it is at this
7  point?
8      A.   That's right.
9      Q.   Later on it was -- was that managed by Gary
10 Bergeron?
11     A.   No.  It would have been somebody, it would
12 have been -- who managed -- it would have been somebody
13 in the purchasing organization.
14     Q.   Like a Carolyn Lawyer?
15     A.   One of her people, one of her direct reports.
16     Q.   All right.  So you would have sent it to Linda
17 O'Neal, Greg Friedman already got it and he would have
18 forwarded it on to procurement folks?
19     A.   Most likely Linda would have sent it on to
20 Carolyn Lawyer, who would have sent it down to the
21 person in her organization who was charged with the
22 responsibility of managing price integrity within the --
23     Q.   This second notification from September 2012,
24 Mr. Cartt writes again that the company's taking another
25 5 percent increase.  Please confirm receipt of the

1 months out from the actual ninth amendment. You see the
2 letter of intent was addressed to Bill Martin and Kim
3 Farrell, and in there he has several issues, more than
4 three, but the service fee adjustment, which is
5 something we discussed at length, notification of price
6 increases, we saw that in the ninth amendment, the shelf
7 stock adjustment, the 1500 vials, right?
8     A. Uh-huh.
9     Q. And then deleting safety stock entirely?
10     A. Right.
11     Q. And then addressing the prime vendor program
12 issue and that's the ability to sell through the
13 government, right?
14     A. I don't know.
15     Q. You don't know that? Okay.
16     This document, which is only signed by
17 Mr. Killian, it wasn't signed by anyone in Express
18 Scripts, but it was forwarded -- you'll see the thread,
19 it's a -- it's a Mallinckrodt thread, it starts with
20 Angie Thomas to Dave Dezan who's the gentleman who sent
21 the price increase notification we looked at.
22     A. Uh-huh.
23     Q. And then he apparently sends that notification
24 to Mr. Thomas -- or Ms. Thomas, I guess.
25     A. Uh-huh.

1   Q.   And then it works its way up to --
2   A.   Yeah, see here, Dave -- Dave is asking Angie
3  to get the ending inventory --
4   Q.   Yeah.
5   A.   -- for CuraScript so they can do a credit and
6  rebill --
7   Q.   Yeah.
8   A.   -- post price increase.
9   Q.   Right. Yeah, and that's what I was trying to
10 get at, the -- so I wanted to show this because I want
11 to understand the mechanics of how this is actually
12 processed. Angie Thomas says, contact CuraScripts to
13 get me the ending inventory prior to the end of the
14 price increase. That -- that establishes how much --
15 there's 1500 or less, right?
16   A.   (Moving head up and down.)
17   Q.   And then she was going to calculate the
18 adjustment to invoice CuraScript? So what does that
19 mean? It's a check, obviously.
20   A.   They would -- they -- they -- given the
21 provisions in the agreements that we've gone over
22 earlier, they would look at the inventory that we had at
23 the end of the day prior to the price increase, whatever
24 that happened to be, they would take anything -- at this
25 point in time, they would take anything that was over

1    1500 vials, so if I had 2,000, they'd take 500 units and
2    they would credit me back for the WAC that I paid for
3    it, and rebill me for the WAC that -- the now increased
4    WAC.
5        Q.   Oh, I see.  You get the protection of the
6    1500, so everything above that?
7        A.   It's everything above and beyond that they
8    would credit and rebill.
9        Q.   That's a credit and rebill.  Okay.  I
10   understand.
11               So the VE or the benefit, whatever you
12   want to call it, it's just on the books because the --
13   the --
14       A.   Because your inventory has been revalued.
15       Q.   -- amount paid -- right.  I gotcha.
16               This letter of intent looks like it was a
17   precursor to the amendment.  Did you ever see a letter
18   of intent like this before?
19       A.   No.
20       Q.   It says, there's some discussion we did
21   provide a letter of intent to CuraScript.  It makes
22   reference -- and I'm in the e-mail from June 5, Bill
23   Hillmer to some folks within Mallinckrodt.  The
24   amendment hasn't been completed.  We provided a letter
25   of intent to CuraScript detailing the agreed-upon