IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DISTRICT

| | |
|---|---|
| SERIES 17-03-615, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; SERIES 21-12-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; and SERIES 21-12-1645, a designated series of MSP RECOVERY CLAIMS COM, SERIES LLC, <br><br> Plaintiffs, <br> v. <br><br> EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; CURASCRIPT, INC.; ACCREDO HEALTH GROUP, INC.; and UNITED BIOSOURCE, LLC, <br><br> Defendants. | Case No. 3:20-cv-50056 <br><br> District Judge Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

## JOINT STATUS REPORT

Plaintiffs Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims, Series LLC (collectively, "MSP Plaintiffs") and Defendants Express Scripts Holding Co., Express Scripts, Inc., CuraScript, Inc., Accredo Health Group, Inc., and United BioSource LLC (f/k/a United BioSource Corp.) (the "Express Scripts Entities"), hereby submit the following joint status report regarding Plaintiffs' Motion to Compel Defendants and Non-Party Epiq Systems, Inc. to Produce Documents and a Corporate Representative for Deposition (ECF No. 603) pursuant to the Court's January 12, 2023 Minute Entry (ECF No. 634).

The parties have met and conferred following the status conference on January 12, 2023 as well as numerous times on January 13, 2023. The parties continue to negotiate and request the Court's indulgence to file an updated Joint Status Report by 5:00 pm central on Tuesday, January 17, 2023.

Dated: January 13, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ *Peggy J. Wedgworth* | /s/ *Michael J. Lyle* |
| Peggy J. Wedgworth (*pro hac vice*) | Michael J. Lyle, Esq. (ARDC #6199227) |
| Michael Acciavatti (*pro hac vice*) | Eric C. Lyttle, Esq. (*pro hac vice*) |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | Meghan A. McCaffrey, Esq. (*pro hac vice*) |
| | J. Matthew Hamann, Esq. (*pro hac vice*) |
| 405 East 50th Street | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| New York, NY 10022 | |
| Tel: (212) 594-5300 | 1300 I Street NW, Suite 900 |
| Fax: (212) 868-1229 | Washington, DC 20005 |
| pwedgworth@milberg.com | Tel: (202) 538-8000 |
| macciavattie@milberg.com | Fax: (202) 538-8100 |
| | mikelyle@quinnemanuel.com |
| *Counsel for Plaintiffs Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims, Series LLC* | ericlyttle@quinnemanuel.com |
| | meghanmccaffrey@quinnemanuel.com |
| | matthewhamann@quinnemanuel.com |
| | |
| | *Attorneys for Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.)* |

**CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on January 13, 2023, I caused a true and correct copy of the foregoing **JOINT STATUS REPORT**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth