IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DISTRICT

| | |
|---|---|
| SERIES 17-03-615, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; SERIES 21-12-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; and SERIES 21-12-1645, a designated series of MSP RECOVERY CLAIMS COM, SERIES LLC,<br><br>                  Plaintiffs,<br>  v.<br><br>EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; CURASCRIPT, INC.; ACCREDO HEALTH GROUP, INC.; and UNITED BIOSOURCE, LLC,<br><br>                  Defendants. | Case No. 3:20-cv-50056<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**UPDATED JOINT STATUS REPORT**

Plaintiffs Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims, Series LLC (collectively, "MSP Plaintiffs") and Defendants Express Scripts Holding Co., Express Scripts, Inc., CuraScript, Inc., Accredo Health Group, Inc., and United BioSource LLC (f/k/a United BioSource Corp.) (the "Express Scripts Entities"), hereby submit the following joint status report regarding Plaintiffs' Motion to Compel Defendants and Non-Party Epiq Systems, Inc. to Produce Documents and a Corporate Representative for Deposition ("Motion to Compel") (ECF No. 603) pursuant to the Court's January 12, 2023 Minute Entry (ECF No. 634).

The parties have reached an agreement after further negotiations on January 16 and 17, 2023. Accordingly, MSP Plaintiffs withdraw their pending Motion to Compel (ECF No. 603), without prejudice.

Dated: January 17, 2023

    Respectfully submitted,

/s/ *Peggy J. Wedgworth*
Peggy J. Wedgworth (*pro hac vice*)
Michael Acciavatti (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
macciavatti@milberg.com

*Counsel for Plaintiffs Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims, Series LLC*

/s/ *Michael J. Lyle*
Michael J. Lyle, Esq. (ARDC #6199227)
Eric C. Lyttle, Esq. (*pro hac vice*)
Meghan A. McCaffrey, Esq. (*pro hac vice*)
J. Matthew Hamann, Esq. (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
matthewhamann@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.)*

## **CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on January 17, 2023, I caused a true and correct copy of the foregoing **UPDATED JOINT STATUS REPORT**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth