## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| CITY OF ROCKFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>        Defendants. | Case No. 3:17-cv-50107<br>District Judge Iain D. Johnston<br>Magistrate Judge Lisa A. Jensen |
| MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-50056<br>District Judge Iain D. Johnston<br>Magistrate Judge Lisa A. Jensen |

## JOINT STATUS REPORT

Pursuant to this Court's July 18, 2023 Minute Entry Order (*Rockford* ECF No. 852; *MSP* ECF No. 677), Plaintiffs the City of Rockford ("Rockford") and Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims Com, Series LLC (collectively, the "MSP Plaintiffs"), and Defendants Express Scripts Holding Co., Express Scripts, Inc., CuraScript, Inc., Accredo Health Group, Inc., and United BioSource LLC (f/k/a United BioSource Corp.) (the "Express Scripts Entities"), hereby submit the following joint status report regarding Mr. Don Bailey's deposition.

The parties confirm that Mr. Bailey's deposition took place on July 31, 2023 and August 1, 2023, and that the deposition is now complete.

Dated: August 2, 2023

Respectfully submitted,

| | |
|---|---|
| */s/  Donald E. Haviland, Jr.*<br>Donald E. Haviland, Jr. *(pro hac vice)*<br>William H. Platt II *(pro hac vice)*<br>**HAVILAND HUGHES**<br>124 South Maple Avenue, Suite 220<br>Ambler, PA 19002<br>T: 215-609-4661<br>F: 215-392-4400<br><br>*Counsel for Plaintiff City of Rockford*<br><br>*/s/ Peggy J. Wedgworth*<br>Peggy J. Wedgworth *(pro hac vice)*<br>Michael Acciavatti *(pro hac vice)*<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>405 East 50th Street<br>New York, NY 10022<br>(212) 594-5300<br>pwedgworth@milberg.com<br>macciavattie@milberg.com<br><br>*Counsel for Plaintiffs Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims Com, Series LLC* | */s/ Eric C. Lyttle*<br>Michael J. Lyle, Esq. (ARDC #6199227)<br>Eric C. Lyttle, Esq. *(pro hac vice)*<br>Meghan A. McCaffrey, Esq. *(pro hac vice)*<br>J. Matthew Hamann, Esq. *(pro hac vice)*<br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>mikelyle@quinnemanuel.com<br>ericlyttle@quinnemanuel.com<br>meghanmccaffrey@quinnemanuel.com<br>matthewhamann@quinnemanuel.com<br><br>Jan H. Ohlander, Esq. (ARDC #3124934)<br>*jho@renozahm.com*<br>**RENO & ZAHM, LLP**<br>2902 McFarland Rd., Suite 400<br>Rockford, IL 61107<br>Tel: (815) 987-4050<br>Fax: (815) 987-4092<br><br>*Attorneys for Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.)* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eric C. Lyttle*

Eric C. Lyttle