# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| SERIES 17-03-615, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; SERIES 21-12-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; and SERIES 21-12-1645, a designated series of MSP RECOVERY CLAIMS COM, SERIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; PRIORITY HEALTHCARE DISTRIBUTION, INC., d/b/a CURASCRIPT SD SPECIALTY DISTRIBUTION; CURASCRIPT, INC. d/b/a CURASCRIPT SPECIALTY PHARMACY; ACCREDO HEALTH GROUP, INC.; and UNITED BIOSOURCE CORPORATION, LLC, <br><br> Defendants. | Case No. 3:20-cv-50056 <br><br> District Judge Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

### PLAINTIFFS' MOTION TO ENFORCE COURT ORDERS AND COMPEL DEFENDANTS TO PRODUCE ALL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 1-4

Plaintiffs, Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC, *et al.* (collectively, "MSP" or "Plaintiffs") respectfully request an order enforcing the Court's prior orders regarding Defendants' Express Scripts, Inc., *et al.* (collectively, "ESI" or Defendants") production of documents and a corporate representative for a 30(b)(6) deposition (ECF Nos. 689, 725, 726), and compelling ESI to produce all documents responsive to MSP's Requests for

Production 1-4 and a complete privilege log within five days following the entry of an order on this issue.

Dated: December 5, 2023            Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth (*pro hac vice*)
Michael Acciavatti (*pro hac vice*)*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
(212) 594-5300
pwedgworth@milberg.com
macciavatti@milberg.com
* *admitted in Pennsylvania only*

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
(312) 593-3354
gklinger@milberg.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on December 5, 2023, I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO ENFORCE COURT ORDERS AND COMPEL DEFENDANTS TO PRODUCE ALL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 1-4** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Peggy J. Wedgworth_
Peggy J. Wedgworth