# Exhibit 1

| From: | John Hughes |
|---|---|
| To: | Michael Soyfer |
| Cc: | Meghan McCaffrey; Sarah Heaton Concannon; Eric Lyttle; Matthew Hamann; Abbey Foote |
| Subject: | RE: Acthar - Search terms regarding Request 2 |
| Date: | Wednesday, November 22, 2023 11:12:00 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Michael,

It has been over a month since the October 18th hearing and nearly two weeks since Express Scripts agreed to our proposed search terms. Once again, Express Scripts should have begun collecting documents as soon as it was aware of its obligations, particularly in response to those RFPs for which our negotiation on search terms was never an issue. Express Scripts has produced nothing since the hearing and the delay is just not warranted.

If Express Scripts does not begin production of documents by Monday, November 27, MSP Plaintiffs will need to once more to seek assistance from the Court.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Friday, November 10, 2023 5:44 PM
**To:** Abbey Foote <abbeyfoote@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>
**Cc:** Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Matthew

Hamann <matthewhamann@quinnemanuel.com>; Michael Soyfer <michaelsoyfer@quinnemanuel.com>

**Subject:** RE: Acthar - Search terms regarding Request 2

Thank you for the letter. Given that Express Scripts has been collecting documents responsive to RFPs 1, 3, and 4 since the October 18th hearing, we expect that Express Scripts has documents ready to produce.

Please give us a date certain when you will begin rolling production of documents.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Abbey Foote <abbeyfoote@quinnemanuel.com>
**Sent:** Friday, November 10, 2023 4:45 PM
**To:** John Hughes <JHughes@milberg.com>; ActharTeam <ActharTeam@milberg.com>
**Cc:** Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>; Eric Lyttle <ericlyttle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

Counsel,

Please see the attached correspondence.

Best,
Abbey

---

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Friday, November 10, 2023 12:23 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey
<meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew
Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah
Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

---

Michael,

We write to follow up on yesterday's meet and confer. During that call, you confirmed the
following:

1. Express Scripts will collect and produce any documents (including non-custodial documents)
   which track whether Beatty, Johnston, or Osborne received or acknowledged receipt of
   retention policies or holds; and

2. Express Scripts maintains its position that, despite collecting documents on RFP Nos. 1, 3 and
   4 -- presumably since the October 18 hearing -- it will *not* make rolling productions. In fact,
   you were unable to provide any kind of document production date at all.

In reference to remaining search term string issues for RFP 2, yesterday's meet and confer was a
continuation of the repeated stonewalling on Express Scripts' part. Despite MSP providing written
explanations for each of our remaining search term strings *prior to* the meet and confer (all of which
had minimal unique hits), we repeated that very same reasoning, at your request, on the call – clearly
a delay tactic. For example, that Express Scripts would need us to repeat our reasoning for a search
term string as narrow as <u>Retention /2 (Document\* OR Record\*</u> is entirely unwarranted. The
importance of this search term is obvious. If Express Scripts intends any reasonable search for
documents "relating to the application or interpretation *of any ESI policy, procedure, and/or practice
for document retention*, preservation, and/or destruction" it must search for variations of the words
"document retention." According to the hit report run by your team, this term accounts for the great
majority of the space between our respective positions and only highlights Express Scripts'
unwillingness to move forward with its review and production of documents in a timely manner.
You are fully aware of the upper limit of documents to be reviewed, which (as per Express Scripts'
hit report) is only twenty percent greater than the quantity of documents Express Scripts offered to
review prior to yesterday's meet and confer.

At the conclusion of our call, you stated that you needed to go back to your team and would provide
a written response "hopefully" today. As we expressed yesterday, there is no reason for this repeated
delay. We have explained the relevance of our proposed terms at length and further pushback from
Express Script only highlights its continued unwillingness to comply with its obligation to produce
documents.

Please provide your position on the proposed search terms listed below by 5:00 pm ET today; otherwise we are at impasse and will file a motion to put an end to these delaying tactics.

(retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR live* OR trash OR "recycl* bin") W/10 (litig* OR sued OR suing OR lawsuit OR "class action" OR "legal action" OR subpoe*)

(Valu* w/10 (commerc* OR business)) w/20 (retention OR retain* OR preserv* OR destruction OR destroy* OR "information management" OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR trash OR "Recycl* bin")

hold w/20 litigation

"lit hold"

((record* OR document* OR file* OR email*) w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)

archiv* w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)

communicat* w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)

Retention w/2 (Document* OR Record*)

"corporate records" w/2 "information management"

John D. Hughes
Attorney at Law*
Senior Counsel



COLEMAN BRYSON PHILLIPS GROSSMAN

Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the

addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Thursday, November 9, 2023 9:56 AM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

John,

I've attached a hit report and will circulate a zoom link for a 3:30pm ET meet and confer shortly.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202‑538‑8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Wednesday, November 8, 2023 4:49 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

Michael,

I think this is what you meant to ask, but to clarify: our proposed search strings numbered 8-11, combined with the proposed counter-offer search string from your November 7 email, would replace our proposed additional Search Strings 1 thru 3. Those five strings are in addition to applying Search Strings 4-7 as previously agreed by Express Scripts.

Thanks

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
[www.milberg.com](http://www.milberg.com)



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Wednesday, November 8, 2023 4:18 PM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

John,

Can you please confirm that search strings eight through eleven are intended to fully replace MSP's search strings one through three?

Best,

**Michael Soyfer**
*Associate,*

Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Wednesday, November 8, 2023 2:30 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

---

Michael,

We believe that Express Scripts' counter-proposal places significant and unwarranted limitations on the documents that would be returned. In particular, the "w/12 ("polic* or train*") proximity limiter is problematic. A key statement in Express Scripts' October 15, 2018 ESI Disclosures regarding its "document retention policy" reflects both greater than "w/12" word proximity between relevant terms, and does not use the words "policy" or "train" in that sentence:

> "Business **records** that are subject to a legal hold, tax hold, audit hold, contractual obligation, or **preservation** order must be **preserved** and may not be **destroyed** until the hold is released and approved by the appropriate authority related to the hold."

Nonetheless, to resolve our negotiations, we propose the following terms, which return small subsets of documents previously returned by our modified search strings from 11/2/2023. The justification for each term is explained below:

**8. archiv* w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)**

This search would have been subsumed by our Search String #1 as modified on 11/2/2023. It is calculated to return responsive documents due to ESI's admission in the McCaffrey declaration that

historical and supplemental "archives" were created to implement document retention policies, and to the extent policies or training instructs individuals that their materials will be "archived" for retention or management purposes. We think this would result in only marginally increased hits in addition to Express Scripts' counter-proposed term particularly as it retains the modifier "w/12 (polic* OR train*)".

**9. communicat* w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)**

This is calculated to return responsive documents where "communications" are subject to the retention policy, and to the extent that policies and training regarding the terms in the "w/8" string are "communicated" or the subject of "communications." We believe this will result in only marginally increased hits in addition to Express Scripts' counter-proposed term, particularly as it retains the modifier "w/12 (polic* OR train*)".

**10. Retention w/2 (Document* OR Record*)**

This term would return a small subset of documents previously covered by Search String #2 as modified on 11/2/2023. The aim of term #10 is obvious, *i.e.* to return references to the retention of documents or document retention as implemented or practiced by Express Scripts.

**11. "corporate records" w/2 "information management"**

This term would return a small subset of documents previously covered by Search String #2 as modified on 11/2/2023. The aim of #11 is again, obvious, *i.e.* to return references to the very policy named in Express Scripts' Disclosures, where the words policy or training are not in proximity to it.

In addition to these terms, since Express Script acknowledged in your November 2, 2023 letter that it will respond to RFP 2 by "collecting certain documents from non-custodial sources relating to the application of document retention policies, procedures, and/or training as to the three specified custodians", please confirm that collection will include any documents which track whether those individuals received or acknowledged receipt of those documents. Such documents should also be produced as they are responsive to RFPs 1, 3 and 4.

If you agree to the proposal above, please let us know. We are otherwise available to meet and confer Thursday between 2:00-4:00 pm ET. To the extent that you intend to argue that Search Strings 8-11 result in disproportionate hits, please again provide a hit report to substantiate that claim.

Best, John

John D. Hughes
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Tuesday, November 7, 2023 7:25 PM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

Counsel,

We have evaluated MSP's latest proposed search strings, which, as noted in my email on November 3, are disproportionate to the single discovery request at issue because they would require the Express Scripts Entities to review over 75,000 documents in response to a single discovery-on-discovery request.

Nevertheless, in a **_final_** offer to compromise on these issues and without further negotiation, we will accept search strings six and seven, **_if_** MSP agrees to the following modified search string to replace search strings one through three:

- ((record* OR document* OR file* OR email*) w/8 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR delet* OR ((keep* OR kept OR maint*) w/5 (obligat* OR requir*)) OR trash OR "recycl* bin")) w/12 (polic* OR train*)

As shown in the attached hit report, this proposal still requires the Express Scripts Entities to review **_over 13,000 documents_**—a burden that is entirely disproportionate to an appropriate response to a single discovery-on-discovery request. Nevertheless, in the interest of compromise and avoiding requiring court intervention yet again, we are willing to shoulder this burden. Our counterproposal for the first through third search strings is an attempt to remove or otherwise limit commonplace, everyday words that are likely hitting on large numbers of unresponsive documents, as well as refining the scope of these extremely broad and convoluted search terms (for instance, MSP's first search string embeds over 700 different combinations of search terms).

At this point, the Express Scripts Entities have accepted **_four_** of MSP's proposed search strings. We hope that MSP likewise shows a willingness to compromise. Our agreement to accept these four search strings, however, is conditional on agreement on an overall set of search terms, since the burden is cumulative and the number of unique hits for each set of

search terms will vary depending on other search terms.  Once the parties reach agreement, the Express Scripts Entities will promptly begin reviewing documents.

I am unfortunately not available to meet and confer tomorrow; however, I can speak Thursday afternoon.

Best,
Michael

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Tuesday, November 7, 2023 1:32 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

Michael, we would very much like to keep the process moving forward regarding RFP 2. Please send Express Scripts' counter proposal search strings, accompanied by a hit report, by the close of business today.

We modified terms 6 and 7 last Thursday,  producing only 1,225 and 386 total hits respectively and far lower unique hits – these are sufficiently tailored. Please let us know if Express Scripts is in agreement and will accept these terms as drafted so that we can focus on proposed additional terms 1, 2, and 3.

Once you have sent your counter-proposed terms, we can meet and confer regarding any remaining issues concerning our positions. We are available tomorrow morning.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
[www.milberg.com](http://www.milberg.com)



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Michael Soyfer <[michaelsoyfer@quinnemanuel.com](mailto:michaelsoyfer@quinnemanuel.com)>
**Sent:** Friday, November 3, 2023 11:05 AM
**To:** John Hughes <[JHughes@milberg.com](mailto:JHughes@milberg.com)>; Meghan McCaffrey <[meghanmccaffrey@quinnemanuel.com](mailto:meghanmccaffrey@quinnemanuel.com)>
**Cc:** Eric Lyttle <[ericlyttle@quinnemanuel.com](mailto:ericlyttle@quinnemanuel.com)>; Mike Lyle <[mikelyle@quinnemanuel.com](mailto:mikelyle@quinnemanuel.com)>; Matthew Hamann <[matthewhamann@quinnemanuel.com](mailto:matthewhamann@quinnemanuel.com)>; ActharTeam <[ActharTeam@milberg.com](mailto:ActharTeam@milberg.com)>; Sarah Heaton Concannon <[sarahconcannon@quinnemanuel.com](mailto:sarahconcannon@quinnemanuel.com)>
**Subject:** RE: Acthar - Search terms regarding Request 2

Counsel,

Thank you for sending your revised search terms. Unfortunately, the revised search terms are still unduly burdensome and disproportionate to this single document request. Collectively, these search terms would require the Express Scripts Entities to review **_over 75,000 documents_**. Not only would this be extremely burdensome, but it would also significantly delay the completion of document production in response to RFP No. 2.

That said, we believe the parties can work out a compromise. Given that MSP sent these search terms late last night, we are still evaluating counterproposals and intend to revert back

with revised search terms early next week.

In response to your question regarding the collection of Beatty's, Johnston's, and Osborne's documents—which is notably a different question from what we understood you to be asking during the meet and confer—we have already collected all custodial documents for these three custodians, regardless of the source, as we have stated multiple times for over a year.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Thursday, November 2, 2023 10:22 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

Michael,

In response to your letter sent earlier today, as previously noted in my October 25 email, Express Scripts was required under the ESI Protocol to provide its proposed search terms to MSP and thereafter to meet and confer with MSP regarding our additional proposed search terms. The only delays in this process have been as a result of the nine-day lag between the October 18 hearing and your provision of proposed search terms on October 27, as well as Express Scripts' refusal to supply a search term hit report -- which we requested both prior to and at the November 1 meet and

confer -- (and which you had already run) that was necessary for any meaningful negotiation on search terms.

With that said, now that you have supplied the requested search term hit report, we are able to modify the remaining five search term strings at issue and we attach (in redline and clean versions) those modifications. We request that you provide a new search term hit report based on these new terms to assist with a meaningful negotiation.

We understand that Express Scripts has agreed to run our additional search term strings 4 and 5. Additionally, the results from Express Scripts' initial proposed search string are encompassed by our additional proposed search terms. It is therefore clear that your review can begin without delay as these documents will be included in your review population regardless of additional negotiations.

Your letter also states that "*to the best of our knowledge*, no other (non-duplicative) responsive documents otherwise exist on any other "*central repository*" (emphasis added). That statement does not directly respond to our email yesterday: "Whether you will check with your client to determine if documents of Beatty, Johnston and Osborne exist in locations (*e.g.*, a legal repository, hardcopy files, or human resources systems) other than those that ESI identified during our meet and confer as custodial (*e.g.*, email and personal electronic files)." Please respond to the inquiry in my email which does not use the phrase "central repository" and seeks confirmation from your client that no additional non-duplicative responsive documents exist in other locations, rather than the vague "to the best of our knowledge."

It also appears from your letter that you are refusing to make rolling productions. Given the collection and review process should already have begun for three of the four document requests, it is unreasonable to delay production until everything is complete and only creates further unnecessary delay on your part.

We are available to meet and confer tomorrow until 2:30 pm ET regarding these subjects.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Thursday, November 2, 2023 4:04 PM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

John,

Please see the attached correspondence.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Wednesday, November 1, 2023 7:46 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

[EXTERNAL EMAIL from jhughes@milberg.com]

Michael:

Thank you for meeting with us today regarding search terms for Request No. 2. As we stated on the meet and confer, ESI's repeated refusal to provide the search term hit report to us (which it has already run) makes it impossible for us to negotiate on search terms. It is inexplicable why ESI would not simply provide the report to substantiate its alleged claims of burden to allow productive negotiation on search term issues. We are at an impasse as to MSP's additional search term strings 4-6 on the basis of ESI's refusal to consider documents related to legal or litigation holds responsive to Request No. 2.

At the conclusion of our meeting, you agreed to provide the following information to us:
1. Whether you will provide the hit report for both ESI's proposed search term string and for MSP's additional search term strings;
2. Whether you will check with your client to determine if documents of Beatty, Johnston and Osborne exist in locations (*e.g*, a legal repository, hardcopy files, or human resources systems) other than those that ESI identified during our meet and confer as custodial (*e.g.*, email and personal electronic files); and if so, whether ESI will produce responsive documents from those locations; and
3. Whether you will agree to make rolling document productions; and if so, on what date will you begin producing documents.

In light of the status report due this Friday, we request that you provide the above information by 5:00 pm ET Thursday, November 2, or it is clear that ESI maintains its refusal on items 1-3 above as expressed during today's meet and confer.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Tuesday, October 31, 2023 10:07 PM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

John,

We are trying to work with MSP in good faith to arrive at a reasonable set of search terms. Even if the ESI Protocol applies (and we do not necessarily agree it does), it only requires the parties to provide hit reports "[o]nce an initial list of terms is agreed upon." ECF No. 137 at 6. In addition, the ESI Protocol merely provides that "[i]f a party disputes a specific term as being overly broad, the producing party *can* agree to review a statistically valid sample." *Id.* (emphasis added). We have not conducted any such review.

We also note that contrary to your statements below, several of MSP's search strings are not tailored to Request No. 2, but, rather, appear to target documents responsive to Request Nos. 3 and 4 as originally drafted, even though these requests were later narrowed by the Court and do not require the use of search terms.

I will circulate a meeting invite for 2pm ET tomorrow shortly.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Tuesday, October 31, 2023 11:52 AM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

[EXTERNAL EMAIL from jhughes@milberg.com]

Michael, thanks for the response. The Court's "narrowing" did nothing to limit the substance of Request No. 2, only the individuals for which documents must be produced.

For reference here is our original request side-by-side with Judge Jensen's ruling from October 18.

**MSP Plaintiffs' Request No. 2:**
"All Documents of <u>Custodians in the Coordinated Cases</u> relating to the application or interpretation of any ESI policy, procedure, and/or practice for Document retention, preservation and/or destruction, during the Relevant Time Period."

**Judge Jensen's ruling from October 18:**
"All documents of <u>Gayle Johnston, Rob Osborne, and Melissa Beatty</u> relating to the application or interpretation of any ESI policy, procedure, and/or practice for document retention, preservation, and/or destruction during the relevant time period. This includes receipt, training, acknowledgment, and implementation of such policies."

Given your statement that the terms suggested by MSP "would require the review of hundreds of thousands of irrelevant documents," it appears you have already run our terms against at least hundreds of thousands of documents for Osborne, Beatty and Johnston and sampled them for relevance. Please send a hit report consistent with the ESI protocol that breaks out:

"the number of documents that hit on each term, the number of unique documents that hit on each term (documents that hit on a particular term and no other term on the list), and the total number of documents that would be returned by using the proposed search term list (including families)." (Dkt. 137 at 5-6).

Please indicate what sampling has been done in accordance with the protocol to determine the relevance of those results as to Request 2. Obviously, this report should exclude documents previously produced in this litigation. Since these searches are only being applied to three individuals (Osborne, Beatty, and Johnson), please also provide a break-out of the results for each. Please confirm that you are searching for Melissa Beatty documents under not only the surname "Beatty" but also her prior surname "Hardin."

We are available Wednesday at 2 pm, but so that we can have a productive discussion regarding the search terms, please provide the requested hit report in advance of the meet and confer.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



COLEMAN BRYSON PHILLIPS GROSSMAN

Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Tuesday, October 31, 2023 10:04 AM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

Counsel

Our original search terms were designed to capture documents responsive to MSP's request as narrowed by the Court, while resulting in a burden proportionate to the discovery sought. MSP's proposed search terms, however, are overbroad and would require the review of hundreds of thousands of irrelevant documents. Notably, several of MSP's proposed search strings appear to have nothing to do with identifying documents responsive to Request No. 2, the sole request for which the Express Scripts Entities are required—consistent with our statements to the Court—to apply search terms.

That said, we are willing to meet and confer in an effort to narrow the search terms to

something reasonable and mutually acceptable, so as to avoid requiring the Court to intervene yet again. I am available on Wednesday from 2:00 p.m. to 4:00 p.m. ET.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Monday, October 30, 2023 1:18 PM
**To:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

[EXTERNAL EMAIL from jhughes@milberg.com]

Counsel,
below are MSP counsel's proposed additions to the initial search string proposed in your email (also included below). Please let us know if you agree to apply these search terms strings. If we are not in agreement, we are available to meet and confer regarding the additions any time tomorrow, 10/31. As you know, for any suggested search terms the responding party must proceed with the testing process outlined in the ESI protocol, including the provision of hit reports and statistical testing of terms.

**Defendants' proposed search string from 10/27**
((record* OR documen*) w/5 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag*)) w/10 (polic* OR train*)

**MSP's proposed list of additional search strings**
1. (record* OR documen* OR file* OR email* OR communica* OR archiv*) AND (retention OR

retain* OR preserv* OR destruction OR destroy* OR manag* OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR live* OR trash OR "recycl* bin") AND (polic* OR train* OR obligat* OR acknowl* OR legal OR educ* OR course OR investig*)

2. (record* OR documen* OR file* OR email* OR communica* OR archiv*) w/20 (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR live* OR trash OR "recycl* bin")

3. (retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR live* OR trash OR "recycl* bin") w/20 (polic* OR train* OR obligat* OR acknowl* OR legal OR educ* OR course OR investig*)

4. hold w/20 litigation

5. "lit hold"

6. case OR matter OR issue OR litig* OR sue* OR suing OR lawsuit OR "class action" OR "legal action" OR suit OR civil OR subpoe*

7. (Valu* w/10 (commerc* OR business)) AND (acknowl* OR retention OR retain* OR preserv* OR destruction OR destroy* OR manag* OR shred* OR delet* OR dispose* OR disposing OR keep* OR kept OR maint* OR collect* OR live* OR trash OR "Recycl* bin")


We also want to ensure that you are searching for all documents of Osborne, Beatty, and Johnston relevant to Request No. 2 whether they are located in the emails of these individuals or in another location or form, such as in a legal repository. Please confirm that this is true as Judge Jensen did not limit the request to emails. In addition, confirm that ESI will produce all responsive documents for Requests 1, 3, and 4 without the use of search terms.

Best,
John

**John D. Hughes**
Attorney at Law*
Senior Counsel



COLEMAN BRYSON PHILLIPS GROSSMAN

Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any

information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Michael Soyfer <michaelsoyfer@quinnemanuel.com>
**Sent:** Friday, October 27, 2023 1:57 PM
**To:** John Hughes <JHughes@milberg.com>; Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>; Sarah Heaton Concannon <sarahconcannon@quinnemanuel.com>
**Subject:** RE: Acthar - Search terms regarding Request 2

Counsel,

We intend to use the following search terms:  *((record\* OR documen\*) w/5 (retention OR retain\* OR preserv\* OR destruction or destroy\* OR manag\*)) w/10 (polic\* OR train\*)*

Based on our test searches, these search terms appear reasonably designed to identify documents, if any, responsive to Request No. 2, while resulting in a burden proportionate to the discovery sought.

Best,

**Michael Soyfer**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8323 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
michaelsoyfer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** John Hughes <JHughes@milberg.com>
**Sent:** Wednesday, October 25, 2023 5:41 PM
**To:** Meghan McCaffrey <meghanmccaffrey@quinnemanuel.com>
**Cc:** Eric Lyttle <ericlyttle@quinnemanuel.com>; Mike Lyle <mikelyle@quinnemanuel.com>; Matthew Hamann <matthewhamann@quinnemanuel.com>; Michael Soyfer <michaelsoyfer@quinnemanuel.com>; ActharTeam <ActharTeam@milberg.com>
**Subject:** Acthar - Search terms regarding Request 2

**[EXTERNAL EMAIL from jhughes@milberg.com]**

Counsel,

During the October 18, 2023 hearing you stated that the court ordered response to our Request for Production No. 2 would require the application of search terms to the custodial productions of Beatty, Johnston and Osborne. Pursuant to the ESI protocol (Dkt. 137) at Section V(A)(5)(a), you are therefore required to submit a list of proposed search terms and thereafter, the parties will meet and confer regarding additional terms to be proposed by MSP Plaintiffs.

Please provide the list of search terms you propose using in response to Request for Production No. 2 by Friday, October 27 so that we can move forward with this process quickly and in compliance with the ESI protocol.

Best

**John D. Hughes**
Attorney at Law*
Senior Counsel



COLEMAN BRYSON PHILLIPS GROSSMAN

Main: 212.594.5300
Cell: 248.990.2588
www.milberg.com



*Licensed in Michigan

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.