IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DISTRICT

| | |
|---|---|
| SERIES 17-03-615, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; SERIES 21-12-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC; and SERIES 21-12-1645, a designated series of MSP RECOVERY CLAIMS COM, SERIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; PRIORITY HEALTHCARE DISTRIBUTION, INC., d/b/a CURASCRIPT SD SPECIALTY DISTRIBUTION; CURASCRIPT, INC. d/b/a CURASCRIPT SPECIALTY PHARMACY; ACCREDO HEALTH GROUP, INC.; and UNITED BIOSOURCE CORPORATION, LLC, <br><br> Defendants. | Case No. 3:20-cv-50056 <br><br> District Judge Iain D. Johnston <br><br> Magistrate Judge Margaret J. Schneider |

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED and agreed, by and among the parties through their undersigned counsel, pursuant to Rule 41(a) of the Federal rules of Civil Procedure, as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own costs, including attorneys' fees.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth (*pro hac vice*)
Robert Wallner (*pro hac vice*)
Elizabeth McKenna (*pro hac vice*)
John Hughes (*pro hac vice*)*
Michael Acciavatti (*pro hac vice*)**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
rwallner@milberg.com
emckenna@milberg.com
jhughes@milberg.com
macciavatti@milberg.com
*admitted in Michigan only
**admitted in Pennsylvania only

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
(312) 593-3354
gklinger@milberg.com

*Counsel for Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 21-12-1644, a designated series of MSP Recovery Claims, Series LLC; and Series 21-12-1645, a designated series of MSP Recovery Claims Com, Series LLC*

*/s/ Meghan A. McCaffrey*
Michael J. Lyle, Esq. (ARDC #6199227)
Eric C. Lyttle, Esq. (*pro hac vice*)
Meghan A. McCaffrey, Esq. (*pro hac vice*)
Michael D. Bonanno, Esq. (*pro hac vice*)
J. Matthew Hamann, Esq. (*pro hac vice*)
J. Kirk Goza, Esq. (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
mikebonanno@quinnemanuel.com
matthewhamann@quinnemanuel.com
kirkgoza@quinnemanuel.com

Jan H. Ohlander, Esq. (ARDC #3124934)
**RENO & ZAHM, LLP**
2902 McFarland Rd., Suite 400
Rockford, IL 61107
Tel: (815) 987-4050
Fax: (815) 987-4092
jho@renozahm.com

*Counsel for Express Scripts, Inc.; Express Scripts Holding Company; Priority Healthcare Distribution, Inc., d/b/a CuraScript SD Specialty Distribution; CuraScript, Inc. d/b/a CuraScript Specialty Pharmacy; Accredo Health Group, Inc.; and United Biosource Corporation, LLC*

2

## **CERTIFICATE OF SERVICE**

I, Peggy J. Wedgworth, an attorney, hereby certify that on September 30, 2024, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
